# United States Bankruptcy Court
## Middle District of Alabama

In re:                                              Case No. _____

Juliette Williams

                                                                   Chapter   13

Debtor(s)                                Amended ☐

## Statement Under Penalty of Perjury Concerning Payment Advices Due Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

I*, Juliette Williams _____ (Debtor's Name), state as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

    ☐ a)  I was not employed during the period immediately preceding the filing of the above-referenced case _____ (enter dates not employed);

    ☐ b)  I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

    ☐ c)  I am self-employed and do not receive any evidence of payment;

    ✔ d)  Other (Please Explain)   I did not retain the same, however, I attest that I receive approximately $435.00 monthly from Food Stamps and I expect to receive the same hereinafter.

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

Dated: 7/25/2022 _____      Debtor: /s/ Juliette Williams _____

* A separate form must be filed by each Debtor.



# This pay statement has been finalized.

| #208629 - Juliette Williams<br>Prattville | Voucher #(46931) | Pay Date: 06/08/2022<br>Pay Period: 05/16/2022-05/31/2022 |
|---|---|---|

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| HOL | 15.00 | 7.50 | 112.50 | 112.50 |
| OT | | | | 219.42 |
| Oxnt | | | | 120.00 |
| REG | 15.00 | 79.56 | 1,193.40 | 4,906.56 |
| **Gross Pay** | | | **1,305.90** | **5,358.48** |
| Hours Worked | | 87.06 | | |
| Hours Paid | | 87.06 | | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,305.90 | 5,358.48 | | 21.34 |
| FICA | 1,305.90 | 5,358.48 | 80.97 | 332.23 |
| MEDI | 1,305.90 | 5,358.48 | 18.94 | 77.70 |
| SIT:AL | 1,305.90 | 5,358.48 | 52.60 | 198.32 |
| **Total** | | | **152.51** | **629.59** |

| **Net Pay** | | | **1,153.39** | **4,728.89** |
|---|---|---|---|---|
| Check | | | 0.00 | 195.53 |
| Checking (6638) | | | 1,153.39 | 4,533.36 |

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| FUTA | 7.84 | 32.16 |
| FICA | 80.97 | 332.23 |
| MEDI | 18.94 | 77.70 |
| SUTA_SC:AL | 0.78 | 3.21 |
| SUTA:AL | 7.70 | 31.61 |
| **Total** | **116.23** | **476.91** |

### Accruals

| | | Accrued | Taken | Bal. | Accrue Rate |
|---|---|---|---|---|---|
| Sick | Hrs: | 0.00 | 0.00 | 0.00 | 3.75 Hrs/Monthly |
| Vacation Available | Hrs: | 0.00 | 0.00 | 0.00 | 0/Yearly |

¹ For information purposes only. No effect on your net pay.

The Harbor at Hickory Hill 2102 Summit Pkwy, Prattville, AL 36066
Business Phone #: 334-361-5111

1 of 1

---

**The Harbor at Hickory Hill**
2102 Summit Pkwy
Prattville, AL 36066

| Pay Date: | 06/08/2022 |
|---|---|
| Voucher #: | (46931) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Juliette Williams | 1 | Checking | XXXXXXXX | | 1,153.39 |

Prattville 208629 06/08/2022 (46931)

**Juliette Williams**
3977 S Court St
Montgomery, AL 36105

**Non-Negotiable - This Is Not A Check**

**The Harbor at Hickory Hill**
2102 Summit Pkwy
Prattville, AL 36066

Prattville 208629 06/08/2022 (46931)
**Juliette Williams**
3977 S Court St
Montgomery, AL 36105

**Personal & Confidential**

 **This pay statement has been finalized.**

**#208629 - Juliette Williams**  
Prattville  
Voucher #(48046)  
Pay Date: 06/23/2022  
Pay Period: 06/01/2022-06/15/2022

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| HOL | | | | 112.50 |
| OT | 22.50 | 1.46 | 32.85 | 252.27 |
| Ornt | | | | 120.00 |
| REG | 15.00 | 82.36 | 1,235.40 | 6,141.96 |
| **Gross Pay** | | | **1,268.25** | **6,626.73** |
| Hours Worked | | 83.82 | | |
| Hours Paid | | 83.82 | | |

### Accruals

| | | Accrued | Taken | Bal. | Accrue Rate |
|---|---|---|---|---|---|
| Sick | Hrs. | 11.25 | 0.00 | 11.25 | 3.75 Hrs/Monthly |
| Vacation Available | Hrs. | 0.00 | 0.00 | 0.00 | 0-Yearly |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,268.25 | 6,626.73 | | 21.34 |
| FICA | 1,268.25 | 6,626.73 | 78.63 | 410.86 |
| MEDI | 1,268.25 | 6,626.73 | 18.39 | 96.09 |
| SIT-AL | 1,268.25 | 6,626.73 | 50.80 | 249.12 |
| **Total** | | | **147.82** | **777.41** |

### Net Pay

| | Current | YTD |
|---|---|---|
| Net Pay | 1,120.43 | 5,849.32 |
| Check | 0.00 | 195.53 |
| Checking (6638) | 1,120.43 | 5,653.79 |

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| FUTA | 7.61 | 39.77 |
| FICA | 78.63 | 410.86 |
| MEDI | 18.39 | 96.09 |
| SUTA_SC_AL | 0.76 | 3.97 |
| SUTA_AL | 7.48 | 39.09 |
| **Total** | **112.87** | **589.78** |

¹ For information purposes only. No effect on your net pay.

The Harbor at Hickory Hill 2102 Summit Pkwy, Prattville, AL 36066  
Business Phone #: 334-361-5111

1 of 1

---

**The Harbor at Hickory Hill**  
2102 Summit Pkwy  
Prattville, AL 36066

| Pay Date: | 06/23/2022 |
|---|---|
| Voucher #: | (48046) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Juliette Williams | 1 | Checking | XXXXXXXX | | 1,120.43 |

Prattville  208629  06/23/2022  (48046)

**Juliette Williams**  
3977 S Court St  
Montgomery, AL 36105

**Non-Negotiable - This Is Not A Check**

**The Harbor at Hickory Hill**  
2102 Summit Pkwy  
Prattville, AL 36066

Prattville  208629  06/23/2022  (48046)  
Juliette Williams  
3977 S Court St  
Montgomery, AL 36105

**Personal & Confidential**

 **This pay statement has been finalized.**

| #208629 - Juliette Williams | | | | Voucher #(48665) | | | | Pay Date: 07/08/2022 |
| Prattville | | | | | | | | Pay Period: 06/16/2022-06/30/2022 |

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| HOL | | | | 112.50 |
| OT | | | | 252.27 |
| Om | | | | 120.00 |
| REG | 15.00 | 68.91 | 1,033.65 | 7,175.61 |
| **Gross Pay** | | | 1,033.65 | 7,660.38 |
| Hours Worked | | 68.91 | | |
| Hours Paid | | 68.91 | | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,033.65 | 7,660.38 | | 21.34 |
| FICA | 1,033.65 | 7,660.38 | 64.08 | 474.94 |
| MEDI | 1,033.65 | 7,660.38 | 14.99 | 111.08 |
| SIT-AL | 1,033.65 | 7,660.38 | 37.43 | 286.55 |
| **Total** | | | 116.50 | 893.91 |

| Net Pay | | 917.15 | 6,766.47 |
|---|---|---|---|
| Check | | 0.00 | 195.53 |
| Checking (6638) | | 917.15 | 6,570.94 |

### Company Paid Benefits

| | Current | YTD |
|---|---|---|
| FUTA | 2.24 | 42.01 |
| FICA | 64.08 | 474.94 |
| MEDI | 14.99 | 111.08 |
| SUTA_SC:AL | 0.62 | 4.59 |
| SUTA:AL | 6.10 | 45.19 |
| **Total** | 88.03 | 677.81 |

### Accruals

| | | Accrued | Taken | Bal. | Accrue Rate |
|---|---|---|---|---|---|
| Sick | Hrs. | 11.25 | 0.00 | 11.25 | 3.75 Hrs/Monthly |
| Vacation Available | Hrs. | 0.00 | 0.00 | 0.00 | 0 Yearly |

¹ For information purposes only. No effect on your net pay.

The Harbor at Hickory Hill 2102 Summit Pkwy, Prattville, AL 36066
Business Phone #: 334-361-5111

1 of 1

---

**The Harbor at Hickory Hill**
2102 Summit Pkwy
Prattville, AL 36066

| Pay Date: | 07/08/2022 |
|---|---|
| Voucher #: | (48665) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Juliette Williams | 1 | Checking | XXXXXXXX | | 917.15 |

Prattville  208629  07/08/2022  (48665)
**Juliette Williams**
3977 S Court St
Montgomery, AL 36105

**Non-Negotiable - This Is Not A Check**

**The Harbor at Hickory Hill**
2102 Summit Pkwy
Prattville, AL 36066

Prattville  208629  07/08/2022  (48665)
Juliette Williams
3977 S Court St
Montgomery, AL 36105

**Personal & Confidential**



| | #208629 - Juliette Williams | | | | Voucher #(50150) | | Pay Date: 07/22/2022 |
| Prattville | | | | | | Pay Period: 07/01/2022-07/15/2022 | |

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| HOL | 15.00 | 7.50 | 112.50 | 225.00 |
| OT | 22.50 | 7.05 | 158.63 | 410.90 |
| Ornt | | | | 120.00 |
| REG | 15.00 | 76.46 | 1,146.90 | 8,322.51 |
| **Gross Pay** | | | **1,418.03** | **9,078.41** |
| Hours Worked | | 91.01 | | |
| Hours Paid | | 91.01 | | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,418.03 | 9,078.41 | | 21.34 |
| FICA | 1,418.03 | 9,078.41 | 87.92 | 562.86 |
| MEDI | 1,418.03 | 9,078.41 | 20.56 | 131.64 |
| SIT:AL | 1,418.03 | 9,078.41 | 55.61 | 342.16 |
| **Total** | | | **164.09** | **1,058.00** |

| **Net Pay** | | **1,253.94** | **8,020.41** |
|---|---|---|---|
| Check | | 0.00 | 195.53 |
| Checking (6638) | | 1,253.94 | 7,824.88 |

### Company Paid Benefits [1]

| | Current | YTD |
|---|---|---|
| FUTA | | 42.01 |
| FICA | 87.92 | 562.86 |
| MEDI | 20.56 | 131.64 |
| SUTA_SC:AL | 0.20 | 4.79 |
| SUTA:AL | 2.00 | 47.19 |
| **Total** | **110.68** | **788.49** |

### Accruals

| | | Accrued | Taken | Bal. | Accrue Rate |
|---|---|---|---|---|---|
| Sick | Hrs: | 15.00 | 0.00 | 15.00 | 3.75 Hrs/Monthly |
| Vacation Available | Hrs: | 0.00 | 0.00 | 0.00 | 0/Yearly |

[1] For information purposes only. No effect on your net pay.

The Harbor at Hickory Hill 2102 Summit Pkwy, Prattville, AL 36066
Business Phone #: 334-361-5111

1 of 1

---

**The Harbor at Hickory Hill**
2102 Summit Pkwy
Prattville, AL 36066

| Pay Date: | 07/22/2022 |
|---|---|
| Voucher #: | (50150) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Juliette Williams | 1 | Checking | XXXXXXXXY | | 1,253.94 |

Prattville 208629 07/22/2022 (50150)

**Juliette Williams**
3977 S Court St
Montgomery, AL 36105

**Non-Negotiable - This Is Not A Check**

---

**The Harbor at Hickory Hill**
2102 Summit Pkwy
Prattville, AL 36066

Prattville 208629 07/22/2022 (5015
**Juliette Williams**
3977 S Court St
Montgomery, AL 36105

**Personal & Confidential**